AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                     Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>JAIRO MATAMOROSS (2) | )<br>)<br>)<br>)<br>) Case No: 21cr636-WQH<br>) USM No: |
| Date of Original Judgment:  12/02/2022<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Payam Fakharara<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   51 months   months **is reduced to**   41 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant was sentenced to 51 months in the custody of the Bureau of Prisons for violating 46 U.S.C. § 70503 and 18 U.S.C. § 2. Applying the factors under 18 U.S.C. § 3553(a), the Court concluded at sentencing that Defendant's conduct in this case supported the imposition of a 51-month custodial sentence. (See ECF No. 111 at 14-17.) The Court grants the Joint Motion recommending a reduction to a 41-month sentence (ECF No. 104). The Court reduces Defendant's custodial sentence to 41 months due to a recalculation of his Guidelines range pursuant to Amendment 821, because Defendant is a "zero-point offender" as described in U.S.S.G. § 4C1.1. Pursuant to 18 U.S.C. § 3553(a), the custodial sentence of 41 months is the minimum necessary in light of the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense.

Except as otherwise provided, all provisions of the judgment dated   12/02/2022   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _____

Effective Date: _____
       *(if different from order date)*

_____
*Judge's signature*

Hon. William Q. Hayes, U.S. District Judge
*Printed name and title*